In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-296 CR


 ______________________


 

DAYMEAN DUWAYNE COBOURNE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court 


 Jefferson County, Texas


Trial Cause No. 98896 






MEMORANDUM OPINION 


 Daymean Duwayne Cobourne was convicted and sentenced on an indictment for
aggravated sexual assault of a child. Cobourne filed a notice of appeal on May 31, 2007. 
The trial court entered a certification of the defendant's right to appeal in which the court
certified that this is a plea-bargain case and the defendant has no right of appeal. See Tex.
R. App. P. 25.2(a)(2). The trial court's certification has been provided to the Court of
Appeals by the district clerk.

 On June 7, 2007, we notified the parties that the appeal would be dismissed unless an
amended certification was filed within thirty days of the date of the notice and made a part
of the appellate record. See Tex. R. App. P. 37.1. The record has not been supplemented
with an amended certification.

 Because a certification that shows the defendant has the right of appeal has not been
made part of the record, the appeal must be dismissed. See Tex. R. App. P. 25.2(d). 
Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 

 

 DAVID GAULTNEY

 Justice

 

Opinion Delivered July 25, 2007

Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.